IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL K. CHESTANG,

    Petitioner,        No. 2-12-cv-0749 CKD P

    vs.

WARDEN, CSP SOLANO,

    Respondent.      <u>ORDER</u>

_____/

        In light of the argument presented by respondent in the motion to dismiss filed May 29, 2012 and respondent's obligation under Rule 5 of the Rules Governing Section 2254 Cases, IT IS HEREBY ORDERED that within fourteen days of this order, respondent provide the court with complete copies of the following documents:

        1. Petition for writ of habeas corpus filed by petitioner in California Supreme Court case no. S197026; and

/////

/////

/////

/////

/////

2. Petition for writ of habeas corpus filed by petitioner in California Court of Appeal, First Appellate District, Division Three case no. A132405.

Dated: June 21, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
ches0749.docs