1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DANIEL K. CHESTANG,

11              Petitioner,                    No. 2-12-cv-0749 CKD P

12        vs.

13  WARDEN, CSP SOLANO,

14              Respondent.              ORDER

15  _____/

16              In light of the argument presented by respondent in the motion to dismiss filed

17  May 29, 2012 and respondent's obligation under Rule 5 of the Rules Governing Section 2254

18  Cases, IT IS HEREBY ORDERED that within fourteen days of this order, respondent provide

19  the court with complete copies of the following documents:

20              1.  Petition for writ of habeas corpus filed by petitioner in California Supreme

21  Court case no. S197026; and

22  /////

23  /////

24  /////

25  /////

26  /////

2.  Petition for writ of habeas corpus filed by petitioner in California Court of Appeal, First Appellate District, Division Three case no. A132405.

Dated: June 21, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
ches0749.docs